# UNITED STATES DISTRICT COURT
# FOR EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATE OF AMERICA**     Hon.: Stephen J. Murphy, III

    **Plaintiffs,**     Case No.: 2:14-cr-20599-SRS-RSW-8

v.

**JOSEPH ARSENAULT,**

    **Defendants.**

_____/

| | |
|---|---|
| CORAL M. WATT P41508 | CRAIG A. WEIER P33261 |
| Attorney for Joseph Arsenault | Assistant U.S. Attorney |
| 615 Griswold, Suite 1626 | 211 W. Fort Street, Suite 2001 |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |
| 313-963-8464 | 313-226-9100 |
| attywatt@gmail.com | craig.weier@usdoj.gov |

_____/

## NOTICE OF WITHDRAWAL OF EMERGENCY MOTION AND BRIEF FOR COMPASSIONATE RELEASE

Petitioner, Joseph Arsenault, by and through counsel, Coral M. Watt, hereby withdraws his Emergency Motion and Brief for Compassionate Release filed on May 6, 2020. (docket # 670)

                                        Respectfully submitted,

                                        /s/ Coral M. Watt P41508
                                        Attorney for Joseph Arsenault
                                        615 Griswold, Suite 1626
                                        Detroit, Michigan 48226
                                        313-963-8464
                                        attywatt@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2020, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's ECF system. Parties may access this filing through the court's system.

/s/ Coral M. Watt
Attorney for Joseph Arsenault