## UNITED STATES DISTRICT COURT
## FOR EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATE OF AMERICA**          Hon.: Stephen J. Murphy, III

      **Plaintiffs,**          Case No.: 2:14-cr-20599-SRS-RSW-8

v.

**JOSEPH ARSENAULT,**

      **Defendants.**
_____/

| | |
|---|---|
| CORAL M. WATT P41508 | CRAIG A. WEIER P33261 |
| Attorney for Joseph Arsenault | Assistant U.S. Attorney |
| 615 Griswold, Suite 1626 | 211 W. Fort Street, Suite 2001 |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |
| 313-963-8464 | 313-226-9100 |
| attywatt@gmail.com | craig.weier@usdoj.gov |

_____/

## NOTICE OF WITHDRAWL OF MOTION AND BRIEF IN SUPPORT OF MOTION TO AMEND PRESENTENCE INVESTIGATION REPORT

Petitioner, Joseph Arsenault, by and through counsel, Coral M. Watt, hereby withdraws his Motion and Brief in Support of Motion to Amend Presentence Investigation Report. (docket # 672)

                                          Respectfully submitted,

                                          */s/* Coral M. Watt P41508
                                          Attorney for Joseph Arsenault
                                          615 Griswold, Suite 1626
                                          Detroit, Michigan 48226
                                          313-963-8464
                                          attywatt@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of June, 2020, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's ECF system. Parties may access this filing through the court's system.

                                                          */s/ Coral M. Watt*  
                                                          Attorney for Joseph Arsenault